# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Steven Burda, :
           Petitioner :
                      :
        v. : No. 162 C.D. 2018
                      :
Department of Human Services, :
           Respondent :

# **O R D E R**

NOW, February 5, 2020, upon consideration of Petitioner's application for reconsideration (RECON I), the application is denied.


MARY HANNAH LEAVITT,
President Judge